# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE PENNSYLVANIA FEDERATION OF DOG CLUBS, THE FEDERATED HUMANE SOCIETIES OF PENNSYLVANIA, AND THE HUMANE LEAGUE OF LANCASTER COUNTY,

        Appellants

        v.

COMMONWEALTH OF PENNSYLVANIA, AND THE OFFICE OF THE BUDGET OF THE COMMONWEALTH OF PENNSYLVANIA,

        Appellees

: No. 140 MAP 2014
:
: Appeal from the Order of Commonwealth
: Court at No. 421 MD 2012 dated
: November 19, 2014

## ORDER

**PER CURIAM**                                       **DECIDED:   May 26, 2015**

    **AND NOW,** this 26th day of May 2015, the order of the Commonwealth Court is **AFFIRMED**.